IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Curtis J. Kalchthaler, ) | Case No. 19-20355 GLT |
| *Debtor* ) | Chapter 13 |
| ) | |
| Curtis J. Kalchthaler, ) | Related to Document No. 57 |
| Social Security No. XXX-XX-4259 ) | |
| *Movant* ) | |
| ) | |
| *vs.* ) | |
| ) | |
| University of Pittsburgh Physicians ) | |
| and Ronda J. Winnecour, Trustee, ) | |
| *Respondent(s)* ) | |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on September 18, 2019, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Curtis J. Kalchthaler
3711 Main St.
Munhall, PA 15120

University of Pittsburgh Physicians
Attn: Payroll Dept.
200 Lothrop Street
Pittsburgh, Pa 15213

Date of Service:    September 18, 2019    /s/ Kenneth Steidl
    Kenneth Steidl, Esquire
    STEIDL & STEINBERG
    28th Floor, Gulf Tower
    707 Grant Street
    Pittsburgh, PA 15219
    (412) 391-8000
    PA I.D. 34965