FILED
9/18/19 8:30 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 19-20355 |
| Curtis J. Kalchthaler, ) | Chapter 13 |
| *Debtor* ) | Related to Docket No. 45 |
| ) | |
| Curtis J. Kalchthaler, ) | |
| *Movant* ) | |
| ) | |
| Vs. ) | |
| ) | |
| GM Financial & Americredit and Ronda ) | |
| Winnecour, Trustee, ) | |
| *Respondents* ) | |

## ORDER OF COURT

AND NOW, to wit, this \_\_\_\_ 18th Day of September \_\_\_\_, 2019, it is hereby ORDERED, ADJUDGED, and DECREED that the Amended Plan dated September 4, 2019 filed at docket number 45 is hereby Withdrawn and the Conciliation Conference on this amended plan scheduled for October 24, 2019 at 9:00 am is hereby Cancelled..

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 19-20355-GLT
Curtis J. Kalchthaler                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy              Page 1 of 3              Date Rcvd: Sep 18, 2019
                              Form ID: pdf900         Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2019.
```
db             +Curtis J. Kalchthaler,    3711 Main St.,    Munhall, PA 15120-3266
15000523       +Allegheny Health Network,    PO Box 645266,    Pittsburgh, PA 15264-5250
14985291       +Borough of Munhall Garbage,    c/o Legal Tax Services Inc.,    714 Lebanon Road,
                 West Mifflin, PA 15122-1030
15013330        Centers for Rehab Services,    PO Box 1123,    Minneapolis, MN 55440-1123
15000531       +MDJ 05-2-15,    Thomas R. Torkowsky,    510 East 8th Avenue,    Munhall, PA 15120-1904
15097425       +MidFirst Bank,    Bankruptcy Department,    999 NW Grand Boulevard, #110,
                 Oklahoma City, OK 73118-6051
15000532       +Midland Funding LLC,    1 International Plaza 5th Floor,    Philadelphia, PA 19113-1510
15015378       +Munhall Borough,   c/o Legal Tax Service,    714 Lebanon Road,    West Mifflin, PA 15122-1030
15030506       +PINGORA LOAN SERVICING LLC,    FLAGSTAR BANK F.S.B.,    5151 CORPORATE DRIVE, SUITE 3-142,
                 TROY MI 48098-2639
15001972       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
14985298        Pingora Loan Servicing LLC,    c/o Peter Wapner Esq.,    Phelan Hallinan Diamond & Jones,
                 1 Penn Center Suburban Station Ste 1400,    Philadelphia, PA 19103
14985302        Synchrony Bank,    c/o Portfolio Recovery Associates 120 Co,    Suite 100,    Norfolk, VA 23502
14985303        Time Payment Corporation,    16 North East Executive Office Park,    # 200,
                 Burlington, MA 01803
15013780       +U.S. Department of Housing and Urban Development,    451 7th St. S.W.,
                 Washington, DC 20410-0002
15017819        UPMC Health Services,    PO Box 1123,    Minneapolis MN 55440-1123
15007266       +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 130000,    Raleigh NC 27605-1000
14985307       +Wells Fargo Dealer Services,    Po Box 1697,    Winterville, NC 28590-1697

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Sep 19 2019 03:27:13
                 Americredit Financial Services, Inc. Dba GM Financ,    P.O Box 183853,
                 Arlington, TX 76096-3853
cr             +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Sep 19 2019 03:27:13
                 Americredit Financial Services, Inc., d/b/a GM Fin,    4000 Embarcadero Dr.,
                 Arlington, TX 76014-4101
15005575        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Sep 19 2019 03:27:13
                 Americredit Financial Services, Inc.,    Dba GM Financial,    P.O Box 183853,
                 Arlington, TX 76096
14985290       +E-mail/Text: bankruptcy@rentacenter.com Sep 19 2019 03:29:26     Acceptance Now,
                 5501 Headquarters Drive,    Plano, TX 75024-5837
15000525        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 19 2019 03:20:01     Capital One,
                 P.O. Box 85520,   Richmond, VA 23285
14985292        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 19 2019 03:21:30     Captial One,
                 P.O. Box 85520,   Richmond, VA 23285
15028899        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 19 2019 03:18:40
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
14985293       +E-mail/PDF: creditonebknotifications@resurgent.com Sep 19 2019 03:18:49     Credit One Bank,
                 c/o LVNV Funding,   Po Box 98875,   Las Vegas, NV 89193-8875
14985294        E-mail/Text: mrdiscen@discover.com Sep 19 2019 03:26:58     Discover Card,
                 Discover Financial Services,    Po Box 15316,    Wilmington, DE 19850
14989187        E-mail/Text: mrdiscen@discover.com Sep 19 2019 03:26:58     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
15027760       +E-mail/Text: kburkley@bernsteinlaw.com Sep 19 2019 03:29:09     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
14985295       +E-mail/Text: bnc-bluestem@quantum3group.com Sep 19 2019 03:28:56     Fingerhut,   c/o Webbank,
                 6250 Ridgewood Rd.,    Saint Cloud, MN 56303-0820
14985296       +E-mail/Text: cashiering-administrationservices@flagstar.com Sep 19 2019 03:28:59
                 Flagstar Bank,    5151 Corporate Drive,    Troy, MI 48098-2639
15000530        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Sep 19 2019 03:27:13     GM Financial,
                 P.O. Box 78143,   Phoenix, AZ 85062-8143
15003411        E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 19 2019 03:28:32     Jefferson Capital Systems LLC,
                 Po Box 7999,   Saint Cloud Mn 56302-9617
14989316        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 19 2019 03:20:14     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15004804       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 19 2019 03:28:05     Midland Funding LLC,
                 PO Box 2011,   Warren, MI 48090-2011
15046964        E-mail/PDF: pa_dc_claims@navient.com Sep 19 2019 03:21:51
                 Navient Solutions, LLC on behalf of,    Department of Education Loan Services,    PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
15030336        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 19 2019 03:20:04
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14986417       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 19 2019 03:38:11
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15000533       +E-mail/Text: paparalegals@pandf.us Sep 19 2019 03:29:27     Patenaude & Felix, A.P.C.,
                 501 Corporate Drive,    Southpointe - Suite 205,    Canonsburg, PA 15317-8584
```

```
District/off: 0315-2           User: culy                  Page 2 of 3                  Date Rcvd: Sep 18, 2019
                               Form ID: pdf900             Total Noticed: 46

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14985297       +E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2019 03:19:55      Paypal/Synchrony Bank,
                Po Box 965005,    Orlando, FL 32896-5005
14985299       +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 19 2019 03:20:16      Resurgent Capital,
                LVNV Funding,    Po Box 1269,    Greenville, SC 29602-1269
14985300       +E-mail/Text: bknotice@ercbpo.com Sep 19 2019 03:28:21       Sprint,    c/o Enhanced Recovery Corp.,
                Po Box 57547,    Jacksonville, FL 32241-7547
14985301       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 19 2019 03:28:05      Synchrony Bank,
                c/o Midland Funding,    2365 Northside Drive #300,    San Diego, CA 92108-2709
14985304       +E-mail/PDF: pa_dc_ed@navient.com Sep 19 2019 03:20:09      U.S Department of Education,
                c/o Navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
14985305       +E-mail/Text: bdsupport@creditmanagementcompany.com Sep 19 2019 03:28:45
                UPMC Tuition Benefit,    C/O Credit Management Co,    2121 Noblestown Road,
                Pittsburgh, PA 15205-3956
14985306       +E-mail/Text: webadmin@vhllc.co Sep 19 2019 03:28:55      Vance & Huffman LLC,
                55 Monette Parkway, Suite 100,    Smithfield, VA 23430-2577
15023814        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 19 2019 03:37:32       Verizon,
                by American InfoSource as agent,    PO Box 4457,    Houston, TX  77210-4457
                                                                                              TOTAL: 29

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              MidFirst Bank
cr              PINGORA LOAN SERVICING LLC
cr*            +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,
                707 Grant Street, Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
cr*            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                Pittsburgh, PA 15233-1828
15000522*      +Acceptance Now,    5501 Headquarters Drive,    Plano, TX 75024-5837
15000524*      +Borough of Munhall Garbage,    c/o Legal Tax Services Inc.,    714 Lebanon Road,
                West Mifflin, PA 15122-1030
15000526*      +Credit One Bank,    c/o LVNV Funding,    Po Box 98875,    Las Vegas, NV 89193-8875
15000527*     ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
               (address filed with court: Discover Card,     Discover Financial Services,    Po Box 15316,
                Wilmington, DE 19850)
15000528*      +Fingerhut,    c/o Webbank,    6250 Ridgewood Rd.,    Saint Cloud, MN 56303-0820
15000529*      +Flagstar Bank,    5151 Corporate Drive,    Troy, MI 48098-2639
15000534*      +Paypal/Synchrony Bank,    Po Box 965005,    Orlando, FL 32896-5005
15000535*       Pingora Loan Servicing LLC,    c/o Peter Wapner Esq.,    Phelan Hallinan Diamond & Jones,
                1 Penn Center Suburban Station Ste 1400,    Philadelphia, PA 19103
15000536*      +Resurgent Capital,    LVNV Funding,    Po Box 1269,    Greenville, SC 29602-1269
15000537*      +Sprint,    c/o Enhanced Recovery Corp.,    Po Box 57547,    Jacksonville, FL 32241-7547
15000538*      +Synchrony Bank,    c/o Midland Funding,    2365 Northside Drive #300,    San Diego, CA 92108-2709
15000539*       Synchrony Bank,    c/o Portfolio Recovery Associates 120 Co,    Suite 100,    Norfolk, VA 23502
15000540*       Time Payment Corporation,    16 North East Executive Office Park,    # 200,
                Burlington, MA 01803
15000541*      +U.S Department of Education,    c/o Navient,    Po Box 9635,    Wilkes Barre, PA 18773-9635
15000542*      +UPMC Tuition Benefit,    C/O Credit Management Co,    2121 Noblestown Road,
                Pittsburgh, PA 15205-3956
15000543*      +Vance & Huffman LLC,    55 Monette Parkway, Suite 100,    Smithfield, VA 23430-2577
15000544*      +Wells Fargo Dealer Services,    Po Box 1697,    Winterville, NC 28590-1697
                                                                                        TOTALS: 2, * 20, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2019                               Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: culy               Page 3 of 3           Date Rcvd: Sep 18, 2019
                              Form ID: pdf900          Total Noticed: 46
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2019 at the address(es) listed below:
              James    Warmbrodt    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor    PINGORA LOAN SERVICING LLC pawb@fedphe.com
              Kenneth   Steidl    on behalf of Debtor Curtis J. Kalchthaler julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Thomas   Song    on behalf of Creditor    PINGORA LOAN SERVICING LLC pawb@fedphe.com
              William E. Craig    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
               Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 9
```