**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

10/13/2022

IN RE:

CURTIS J. KALCHTHALER
3711 MAIN ST.
MUNHALL, PA 15120
XXX-XX-4259          Debtor(s)

Case No. 19-20355 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

10/13/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **SYNCHRONY BANK** <br> C/O PRA RECEIVABLES MANAGEMENT LLC <br> PO BOX 41021 <br><br> NORFOLK, VA  23541 | Trustee Claim Number:1   INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  PAYPAL/PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: 2216 |
| **KERI P EBECK ESQ** <br> BERNSTEIN BURKLEY <br> 601 GRANT ST 9TH FL <br><br> PITTSBURGH, PA  15219 | Trustee Claim Number:2   INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  DUQ LITE/PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |
| **GRB LAW**\*\* <br> C/O JEFFREY R HUNT ESQ - FOR PNG CO <br> 525 WILLIAM PENN PLACE STE 3110 <br><br> PITTSBURGH, PA  15219 | Trustee Claim Number:3   INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  PEOPLES/PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |
| **PHELAN HALLINAN DIAMOND & JONES LLP** <br> C/O PMB SSS ACQUISITION <br> PO BOX 8990 <br><br> TURNERSVILLE, NJ  08012-8990 | Trustee Claim Number:4   INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  PINGORA LN/PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |
| **MUNHALL BOROUGH (TRASH/SOLID WASTE)** <br> C/O LEGAL TAX SVC - DLNQ CLCTR <br> 714 LEBANON RD <br><br> WEST MIFFLIN, PA  15122 | Trustee Claim Number:5   INT %: 10.00% <br> Court Claim Number:10 <br><br> CLAIM:  596.16 <br> COMMENT:  133C8\*CL10GOV\*763.48@10%TTL/PL~2018-19\*18/SCH\*15-16,18/CL\*WNTS 10%\*W/3 | CRED DESC:  SECURED CREDITOR <br> ACCOUNT NO.: 0851 |
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FI** <br> PO BOX 183853 <br><br> ARLINGTON, TX  76096 | Trustee Claim Number:6   INT %: 0.00% <br> Court Claim Number:9-2 <br><br> CLAIM:  0.00 <br> COMMENT:  RS/DOE\*OUTSIDE@GM FINANCIAL/PL\*AMD CL=$0\*W/40 | CRED DESC:  VEHICLE <br> ACCOUNT NO.: 3242 |
| **MIDFIRST BANK SSB**\* <br> ATTN BANKRUPTCY TRUSTEE PMTS\* <br> 999 NW GRAND BLVD STE 100 <br><br> OKLAHOMA CITY, OK  73118 | Trustee Claim Number:7   INT %: 0.00% <br> Court Claim Number:17 <br><br> CLAIM:  0.00 <br> COMMENT:  PMT/DECL\*DKTLMT\*BGN 2/19\*FR PINGORA-DOC 38 | CRED DESC:  MORTGAGE REGULAR PAYMEN <br> ACCOUNT NO.: 3619 |
| **FLAGSTAR BANK FSB** <br> BANKRUPTCY DEPT <br> 5151 CORPORATE DR <br><br> TROY, MI  48098-2639 | Trustee Claim Number:8   INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT: | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |
| **ACCEPTANCE NOW** <br> 5501 HEADQUARTERS DR <br><br> PLANO, TX  75024 | Trustee Claim Number:9   INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT: | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.: |
| **ALLEGHENY HEALTH NETWORK** <br> PO BOX 645266 <br><br> PITTSBURGH, PA  15264-5266 | Trustee Claim Number:10  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT: | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.: 9592 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** PO BOX 71083 CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 11  INT %: 0.00% Court Claim Number: 15 CLAIM: 1,143.93 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 1861 |
| **LVNV FUNDING LLC** C/O RESURGENT CAPITAL SVCS PO BOX 10587 GREENVILLE, SC 29603-0587 | Trustee Claim Number: 12  INT %: 0.00% Court Claim Number: 2 CLAIM: 1,419.48 COMMENT: CREDIT ONE BANK | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 8400 |
| **DISCOVER BANK(*)** C/O DISCOVER PRODUCTS INC PO BOX 3025 NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 13  INT %: 0.00% Court Claim Number: 1 CLAIM: 1,579.08 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 7775 |
| **JEFFERSON CAPITAL SYSTEMS LLC*** PO BOX 772813 CHICAGO, IL 60677-2813 | Trustee Claim Number: 14  INT %: 0.00% Court Claim Number: 4 CLAIM: 273.46 COMMENT: FINGERHUT/BLUESTREAM | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 2935 |
| **MIDLAND FUNDING LLC** C/O MIDLAND CREDIT MANAGEMENT INC - AGE PO BOX 2011 WARREN, MI 48090 | Trustee Claim Number: 15  INT %: 0.00% Court Claim Number: 5 CLAIM: 953.41 COMMENT: PAYPAL/SYNCHRONY BANK | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 2216 |
| **SPRINT CORP(*)** PO BOX 3326 ENGLEWOOD, CO 80155-3326 | Trustee Claim Number: 16  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: |
| **SYNCHRONY BANK** C/O PRA RECEIVABLES MANAGEMENT LLC PO BOX 41021 NORFOLK, VA 23541 | Trustee Claim Number: 17  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: NT ADR~NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: |
| **SYNCHRONY BANK** C/O PRA RECEIVABLES MANAGEMENT LLC PO BOX 41021 NORFOLK, VA 23541 | Trustee Claim Number: 18  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: |
| **TIME PAYMENT CORP** 200 SUMMIT DR STE 100 BURLINGTON, MA 01803-5274 | Trustee Claim Number: 19  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: |
| **NAVIENT SOLUTIONS LLC O/B/O US DEPARTME** C/O US DEPARTMENT OF EDUCATION LOAN SE PO BOX 4450 PORTLAND, OR 97208-4450 | Trustee Claim Number: 20  INT %: 0.00% Court Claim Number: 18 CLAIM: 0.00 COMMENT: PMT/PL-CONF@LTCD@DEPT OF ED/PL~NT STD/CL*285 X (60+2)=LMT*GU BAR TIM | CRED DESC: UNSECURED  (S) ACCOUNT NO.: 4259 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br><br>PITTSBURGH, PA  15205-3956 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  UPMC TUITION/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **WELLS FARGO BANK NA D/B/A WELLS FARGO A**<br>PO BOX 17900<br><br>DENVER, CO  80217-0900 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:6<br>CLAIM:  6,870.93<br>COMMENT:  DFNCY/REPOED*LOAN DATE 7/30/2014 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7780 |
| **DISTRICT COURT**<br>#05 2 15<br>510 E 8TH AVE<br><br>MUNHALL, PA  15120 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **MIDLAND FUNDING**<br>PO BOX 2011<br><br>WARREN, MI  48090 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **VANCE AND HUFFMAN LLC**<br>55 MONETTE PKWY STE 100<br><br>SMITHFIELD, VA  23430 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **CREDITOR INFORMATION MISSING OR VAGUE**<br>NEED VERIFICATION | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  ND ADR~BRIAN HYATT/SCH H | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br><br>PITTSBURGH, PA  15212 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:3<br>CLAIM:  506.25<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4382 |
| **AMERICREDIT FINANCIAL SVCS DBA GM FINAN**<br>ATTN BANKRUPTCY NOTICING<br>PO BOX 183853<br><br>ARLINGTON, TX  76096 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  /PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **MIDFIRST BANK SSB***<br>ATTN BANKRUPTCY TRUSTEE PMTS*<br>999 NW GRAND BLVD STE 100<br>OKLAHOMA CITY, OK  73118 | Trustee Claim Number:29  INT %:  0.00%<br>Court Claim Number:17<br>CLAIM:  14,032.30<br>COMMENT:  CL17GOV*13645.96/PL*THRU 1/19*FR PINGORA-DOC 38 | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.:  3619 |
| **CENTERS FOR REHAB SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br><br>MINNEAPOLIS, MN  55440 | Trustee Claim Number:30  INT %:  0.00%<br>Court Claim Number:7<br>CLAIM:  150.00<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4259 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **US DEPARTMENT OF HUD***<br>C/O NOVAD MANAGEMENT CONSULTING LLC<br>2401 NW 23RD ST STE 1A1<br>OKLAHOMA CITY, OK  73107 | Trustee Claim Number:31  INT %:  0.00%<br>Court Claim Number:8 | CLAIM:  0.00<br>COMMENT:  NOT YET DUE/CL*NT/PL*CL=28157.20 | CRED DESC:  MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 1366 |
| **MUNHALL BOROUGH (TRASH/SOLID WASTE)**<br>C/O LEGAL TAX SVC - DLNQ CLCTR<br>714 LEBANON RD<br>WEST MIFFLIN, PA  15122 | Trustee Claim Number:32  INT %:  0.00%<br>Court Claim Number:10 | CLAIM:  172.28<br>COMMENT:  133C8*CL10GOV*763.48@10%TTL/PL~2018-19*18/SCH*15-16,18/CL*NON INT*W/5 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.: 0851 |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN  55440 | Trustee Claim Number:33  INT %:  0.00%<br>Court Claim Number:11 | CLAIM:  1,231.06<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 4259 |
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN**<br>PO BOX 4457<br>HOUSTON, TX  77210-4457 | Trustee Claim Number:34  INT %:  0.00%<br>Court Claim Number:12 | CLAIM:  334.16<br>COMMENT:  NT/SCH*LAST TRANSACTION 2/16/2019 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN**<br>PO BOX 4457<br>HOUSTON, TX  77210-4457 | Trustee Claim Number:35  INT %:  0.00%<br>Court Claim Number:13 | CLAIM:  551.04<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **DUQUESNE LIGHT COMPANY(*)**<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA  15219 | Trustee Claim Number:36  INT %:  0.00%<br>Court Claim Number:14 | CLAIM:  1,139.34<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 5612 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:37  INT %:  0.00%<br>Court Claim Number:16 | CLAIM:  870.98<br>COMMENT:  NT/SCH*AMAZON/SYNCHRONY BANK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 7644 |
| **WILLIAM E CRAIG ESQ**<br>MORTON AND CRAIG<br>110 MARTER AVE STE 301<br>MOORESTOWN, NJ  08057 | Trustee Claim Number:38  INT %:  0.00%<br>Court Claim Number: | CLAIM:  0.00<br>COMMENT:  AMERICREDIT~GM FNCL/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number:39  INT %:  0.00%<br>Court Claim Number: | CLAIM:  0.00<br>COMMENT:  MIDFIRST BANK/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FI**<br>PO BOX 183853<br>ARLINGTON, TX  76096 | Trustee Claim Number:40  INT %:  0.00%<br>Court Claim Number:9-2 | CLAIM:  10,642.98<br>COMMENT:  DEFICIENCY*AMD*RS/DOE@CID 6*PAY THRU PLAN? | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 3242 |