IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Curtis J. Kalchthaler | : | Case No. 19-20355-GLT |
| | : | Chapter 13 |
| Debtor(s) | : | |
| Ronda J. Winnecour, Chapter 13 Trustee | : | Related to Document 18 and 42 |
| | : | |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| | : | |
| Curtis J. Kalchthaler | : | |
| | : | Hearing Date |
| Respondent(s) | : | |

## CHAPTER 13 TRUSTEE'S MOTION FOR ORDER OF COURT MODIFYING PLAN

### Summary of Requested Relief

Trustee requests an order modifying the February 8, 2019, Plan (filed at Doc 18), as confirmed final on August 30, 2019 (at Doc 42), to: (a) increase the unsecured creditor estimated POT to the amount of timely filed unsecured claims plus the deficiency claim filed by Americredit Financial Services, Inc., dba GM Financial (at Cl 9-2 on 12/17/2019) in the amount of $10,642.98; and (b) increase the Plan payment to $2,704.00 to provide the 100% to unsecured creditors (in default of an answer).

### Discussion

1. The Plan to be modified was filed at Doc 18. The plan and confirmation Order provided a 100% POT for Unsecured Creditors. The monthly plan payment was based on timely filed unsecured claims.

2. The plan, as confirmed, provided for the co-obligor on the Americredit Financial Services, Inc., dba GM Financial obligation to pay the claim direct. The co-obligor defaulted, the creditor obtained relief from stay, liquidated the collateral, and has filed the above referenced deficiency claim which has increased the size of the Unsecured Creditor case by $10,642.98.

3. No objection has been filed to the deficiency claim.

4. Based on the best-efforts requirements of the bankruptcy code, this was a 100% plan. Trustee believes that that the facts and circumstances continue, that this was confirmed as a 100% plan, that a 100% plan is still indicated, and that the payment must be increased to $2,704.00 to maintain the plan at 100%.[1]

5. In default of an answer or other resolution of this Motion, Trustee requests an Order that modifies the Plan to an estimated POT for unsecured creditors of $27,666.10 (to provide for the deficiency claim) and increases the plan payment to $2,704.00 beginning November.

WHEREFORE, the Trustee respectfully requests an Order modifying the Plan as set forth above.

|  |  |
|---|---|
|  | RONDA J. WINNECOUR, <br> CHAPTER 13 TRUSTEE |
| Date: October 17, 2022 | By: /s/ Owen W. Katz <br> Owen W. Katz, PA I.D. 36473 <br> Attorney for Chapter 13 Trustee <br> US Steel Tower, Suite 3250 <br> 600 Grant Street <br> Pittsburgh, PA  15219 <br> (412) 471-5566 <br> Email: okatz@chapter13trusteewdpa.com |

---

[1] This is without prejudice to the Debtor pursuing a contribution action against the co-obligor.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Curtis J. Kalchthaler | : | Case No. 19-20355-GLT |
| | : | Chapter 13 |
| Debtor(s) | : | |
| Ronda J. Winnecour, Chapter 13 Trustee | : | Related to Document 18 and 42 |
| | : | |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| | : | |
| Curtis J. Kalchthaler | : | |
| | : | Hearing Date |
| Respondent(s) | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th of October 2022, I served one true and correct copy of the foregoing Motion and Proposed Order on the following parties in interest by United States first-class mail, postage prepaid, addressed as follows:

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA  15222

Curtis J. Kalchthaler
3711 Main Street
Munhall, PA  15120

Kenneth Steidl, Esquire
Steidl & Steinberg
707 Grant Street, Suite 2830
Pittsburgh, PA  15219

/s/Rosa M. Richard
Office of Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com