IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Curtis J. Kalchthaler | : | Case No. 19-20355-GLT |
| | : | Chapter 13 |
| Debtor(s) | : | |
| Ronda J. Winnecour, Chapter 13 Trustee | : | Related to Document 18 and 42 |
| | : | |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| | : | |
| Curtis J. Kalchthaler | : | |
| | : | Hearing Date |
| Respondent(s) | : | |

## ORDER OF COURT MODIFYING DEBTOR'S JANUARY 20, 2016

AND NOW, THIS _____ day of _____, 2022, upon consideration of the foregoing CHAPTER 13 TRUSTEE'S MOTION FOR ORDER OF COURT MODIFYING PLAN, it is hereby ORDERED that the Motion is granted, and the Debtor's Plan dated February 8, 2019 (filed at Doc 18), as confirmed final on August 30, 2019 (at Doc 42), is hereby modified as follows:

1. Section 5.1 of the Plan is modified to provide as follows:
Debtor(s) ESTIMATE(S) that a total of $27,666.10 will be available for distribution to non-priority unsecured, creditors.

2. For the remainder of the Plan term, the Plan payment is amended to be $2,704.00 as of November 2022. Debtor(s)' counsel shall file a motion to amend the income attachment order within five (5) days of the date of this Order.

3. Except as modified herein, the Plan and previously entered Confirmation Order are incorporated herein.

_____
U. S. Bankruptcy Judge