IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Curtis J. Kalchthaler | : | Case No. 19-20355-GLT |
| | : | Chapter 13 |
| Debtor(s) | : | |
| Ronda J. Winnecour, Chapter 13 Trustee | : | Related to Document 69 and 70 |
| | : | |
| Movant(s) | : | |
| | : | Hearing Date: 11/30/22 |
| vs. | : | at 11:00 a.m. |
| | : | |
| Curtis J. Kalchthaler | : | |
| | : | |
| Respondent(s) | : | |

## CERTIFICATE OF SERVICE

I, Rosa M. Richard of the Office of the Chapter 13 Trustee, Suite 3250, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

Certify:

That I am, and at all times hereinafter mentioned, more than 18 years of age;

That on the 20th day of October 2022, I served a copy of the Order Scheduling Dates for Response and Hearing on Motion and Chapter 13 Trustee's Motion for Order of Court Modifying Plan.

The Parties in interest served in this proceeding, by:
First Class Postage Prepaid Mail

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Curtis J. Kalchthaler
3711 Main Street
Munhall, PA 15120

Kenneth Steidl, Esquire
Steidl & Steinberg
707 Grant Street, Suite 2830
Pittsburgh, PA 15219

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 10/20/2022          /s/ Rosa M. Richard
                                Rosa M. Richard
                                Suite 3250- US Steel Tower
                                600 Grant Street
                                Pittsburgh PA 15219
                                412-471-5566
                                cmecf@chapter13trusteewdpa.com