**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Curtis J. Kalchthaler** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    WESTERN DISTRICT OF PENNSYLVANIA

Case number    **19-20355**
(if known)

Official Form 423
**Certification About a Financial Management Course**    12/15

**If you are an individual, you must take an approved course about personal financial management if:**
- **you filed for bankruptcy under chapter 7 or 13, or**
- **you filed for bankruptcy under chapter 11 and § 1141 (d)(3) does not apply.**

**In a joint case, each debtor must take the course.  11 U.S.C. §§ 727(a)(11) and 1328(g).**

**After you finish the course, the provider will give you a certificate.  The provider may notify the court that you have completed the course.  If the provider does notify the court, you need not file this form.  If the provider does not notify the court, then Debtor 1 and Debtor 2 must each file this form with the certificate number before your debts will be discharged.**

- If you filed under chapter 7 and you need to file this form, file it within 60 days after the first date set for the meeting of creditors under § 341 of the Bankruptcy Code.
- If you filed under chapter 11 or 13 and you need to file this form, file it before you make the last payment that your plan requires or before you file a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Bankruptcy Code. Fed. R. Bankr. P. 1007(c).

**In some cases, the court can waive the requirement to take the financial management course.  To have the requirement waived, you must file a motion with the court and obtain a court order.**

**Part 1:    Tell the Court About the Required Course.**

*You must check one:*

☒ **I completed an approved course in personal financial management:**

    Date I took the course    **05/20/2024**

    Name of approved provider    **Advantage Credit Counseling Services, Inc.**

    Certificate Number    **01721-PAW-DE-038494558**

☐ **I am not required to complete a course in personal financial management because the court has granted my motion for a waiver of the requirement based on** *(check one)*:

    ☐ **Incapacity.**    I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

    ☐ **Disability.**    My physical disability causes me to be unable to complete a course in personal financial management in person, by phone, or through the internet, even after I reasonably tried to do so.

    ☐ **Active duty.**    I am currently on active military duty in a military combat zone.

    ☐ **Residence.**    I live in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses cannot adequately meet my needs.

**Part 2:    Sign Here**

I certify that the information I have provided is true and correct.

| | | |
|---|---|---|
| **/s/ Curtis J. Kalchthaler** | **Curtis J. Kalchthaler** | Date    **May 21, 2024** |
| Signature of debtor named on certificate | Printed name of debtor | |

Official Form 423    **Certification About a Financial Management Course**

```
** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **
TIME RECEIVED                REMOTE CSID           DURATION   PAGES   STATUS
May 20, 2024 at 4:24:49 PM EDT    UPMC Health System        112      4     Received
```

5/20/2024 4:22:36 PM                                          UPMC FAX                                                 Page 1



## Fax Cover Sheet

| | |
|---|---|
| **To:** | 4123910221@fax.upmc.edu |
| **Fax number:** | 4123910221 |
| **From:** | Kalchthaler, Curtis J |
| **Fax number:** | |
| **Telephone number:** | |
| **Date:** | 5/20/2024 |
| **Re:** | Internet Fax |
| **Number of pages:** (including cover page) | 4 |

**Comments:**

This facsimile contains privileged and confidential information intended only for the use of the named recipient. If you are not the intended recipient of this facsimile or the employee or agent responsible for delivering to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile is strictly prohibited. If you have received this facsimile in error, please notify the sender immediately and destroy this facsimile.

If this transmission contains patient information, this information has been disclosed to you from records whose confidentiality is protected by state and federal law. Federal regulations (42 CFR Part 2) prohibits you from making any further disclosure of this information without the specific written authorization of the person to whom it pertains or as otherwise permitted by such regulations.

# FAX

Name/Company: Curtis Kalchthaler
Mailing Address: 3711 main Street, Munhall, PA 15120
Phone: 412-584-4316
Fax:

**TO: Steidl & Stenberg**

FAX NUMBER: 412-391-0221

COMPANY: the law offices of Steidl & Stenberg

PHONE NUMBER: 412-391-8000

SUBJECT: Curtis Kalchthaler Certificate of debtor education

**FROM: Curtis Kalchthaler**

Date: 5/20/204

NUMBER OF PAGES: 3

SENDER'S REFERENCE NO: Case No. 19-20355

RECEIVER'S REFERENCE NO:

☐ Urgent    ☐ For Review    ☐ Comment    ☐ Reply    ☐ Recycle

**NOTE/COMMENTS:**

Please find attached the letter you sent me as well as the certificate of completion of Certifacte of debtor

WTO

Certificate Number: 01721-PAW-DE-038494558

Bankruptcy Case Number: 19-20355



01721-PAW-DE-038494558

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 20, 2024</u>, at <u>2:22</u> o'clock <u>PM EDT</u>, <u>Curtis Kalchthaler</u> completed a course on personal financial management given <u>by internet</u> by <u>Advantage Credit Counseling Service, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date: <u>May 20, 2024</u>        By:    <u>/s/Robin Vasselo</u>

                                Name:  <u>Robin Vasselo</u>

                                Title: <u>Counselor</u>



The Law Offices of
# Steidl & Steinberg, PC

707 Grant Street, Suite 2830, Pittsburgh, PA 15219
Phone: 412-391-8000 or 1-800-360-9392 / Fax: 412-391-0221
www.GoodByeDebt.com

**Kenneth Steidl, Esquire**                   **Christopher M. Frye, Esquire**
**Julie Frazee Steidl, Esquire**                 **Lauren M. Lamb, Esquire**
**Abagale Steidl, Esquire**

May 15, 2024

Curtis Kalchthaler
3711 Main St.
Munhall, PA 15120

       Re: Certificate of Debtor Education
       Case No. 19-20355
       **Due: June 7, 2024**

Dear Curtis,

Because your case was filed after October 2005, the United States Bankruptcy Court requires that you complete a Personal Financial Management Class. Once you have completed the class, you will be issued a Certificate of Debtor Education that must be filed with the Bankruptcy Court by **June 3, 2024**. A list of agencies that offer the course is included with this letter. Please note that this is not the same course that you were required to take prior to the filing of your case. This class is entirely different. The certificate that you forward to the office should be labeled "Certificate of Debtor Education". Please **do not** send anything labeled "Certificate of Counseling." The court will not accept a counseling certificate.

It is your responsibility to ensure that the office receives your Certificate of Debtor Education. It is recommended that you mail, or fax, the certificate to the office at my attention. It is not recommended that you email the certificate, as the emails are often marked as spam, and are not delivered. If your counseling agency offers to fax or email the certificate, it is recommended that you still call the office to follow through and make sure that you certificate was sent to, and received by, the office.

This certificate is very important. It is one of the most important pieces of paper for your entire case. If you do not complete the class, and/or your certificate is not filed with the court, your case can be closed without a discharge and your creditors will be free to resume collection and foreclosure proceedings against you. I cannot stress enough how important this certificate is. If you have any questions, or you are confused about any aspect of obtaining the certificate, please do not hesitate to contact the office.

                             Sincerely,

                             Steidl & Steinberg, P.C.