IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| Curtis Kalchthaler ) | Case No. 19-20355 GLT |
|    Debtor ) | Chapter 13 |
| ) | Document No. |
| Curtis Kalchthaler ) | |
|    Applicant ) | |
| ) | |
| vs. ) | |
| ) | |
| No Respondents ) | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On May 21, 2024, at docket number 94, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies):*Debtor carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

<u>June 4, 2024</u>　　　　　　　　　　　　　　　<u>/s/ Curtis Kalchthaler</u>
Date　　　　　　　　　　　　　　　　　　　　Debtor

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

<u>June 4, 2024</u>　　　　　　　　　　　　　　　<u>/s/ Kenneth Steidl</u>
　DATE　　　　　　　　　　　　　　　　　　Kenneth Steidl, Esquire
　　　　　　　　　　　　　　　　　　　　　　Attorney for the Debtor
　　　　　　　　　　　　　　　　　　　　　　STEIDL & STEINBERG
　　　　　　　　　　　　　　　　　　　　　　707 Grant Street- Suite 2830, Gulf Tower
　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　　　　　　　(412) 391-8000
　　　　　　　　　　　　　　　　　　　　　　ken.steidl@steidl-steinberg.com
　　　　　　　　　　　　　　　　　　　　　　PA I.D. No. 34965

**PAWB Local Form 24 (07/13)**