FILED
6/7/24 3:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| Curtis J. Kalchthaler ) | Case No. 19-20355 GLT |
|     Debtor ) | Chapter 13 |
| ) | Document No. 92 |
| Steidl and Steinberg, P.C. ) | |
|     Applicant ) | |
| ) | |
|     vs. ) | |
| ) | |
| Office of the U.S. Trustee, Ronda J. Winnecour, ) | |
| Trustee, PA Dept. of Revenue, Acceptance Now, AHN, ) | |
| AmeriCredit Financial, Borough of Munhall Garbage, ) | |
| Capital One, Centers for Rehab Services, Credit One ) | |
| Bank, Discover Bank, Discover Financial, Duquesne ) | |
| Light Co., Fingerhut, Flagstar Bank, GM Financial, ) | |
| Jefferson Capital Systems, LVNV Funding, Midfirst ) | |
| Bank, Midland Finding, Munhall Borough, Navient ) | |
| Solutions, Pingora Loan Servicing, PRA Receivables ) | |
| Management, Paypal/Synchrony Bank, PA Dept. of ) | |
| Revenue, Peoples Natural Gas, Portfolio Recovery ) | |
| Assoc., Resurgent Capital, Sprint, Time Payment Corp., ) | |
| UPMC Health Services, UPMC Tuition Benefit, ) | |
| Verizon, Wells Fargo Bank, Wells Fargo Dealer ) | |
| Services ) | |
|     Respondents ) | |

**ORDER OF COURT**

    AND NOW, to-wit this __7th__ day of __June__, 2024, after consideration of the Application for Final Compensation by Counsel for Debtor it is hereby ORDERED, ADJUDGED and DECREED that:

1. The Application for Final Compensation is approved in the additional amount of $5,095.00 for work performed in the Chapter 13 case by Debtor's counsel from January 17, 2019, to May 17, 2024.

2. The Debtor paid their counsel for administrative costs and expenses totaling $500.00 (which included the court filing fee of $310.00) prior to case filing. Expenses reimbursement of $0.00 is being requested here.

3. Before the approval of this Fee Application, the Debtor's counsel was paid a $600.00 retainer prior to filing and has been paid, or is approved (in prior plan(s)) to be paid, $3,400.00 by the Chapter 13 Trustee. With the approval of this Fee Application, the total amount of allowed

fees in this case for Debtor's counsel is $9,095.00, with the total to be paid through the Plan by the Trustee being up to $8,495.00 (representing the $3,400.00 previously approved to be paid (as set forth above), $600.00 provided for as part of the Amended Plan dated November 4, 2022, (filed at docket no. 74) and confirmed by the Order of Court Dated December 16, 2022 (filed at docket no. 82), and a remaining amount up to $4,495.00 to be paid from any funds the Chapter 13 Trustee may have on hand after the goals of the plan are achieved but before a Debtor Refund is issued,

4. The fees requested will not decrease the amount to be paid to other creditors being paid through the Chapter 13 Plan;

5. The clerk shall record the total additional compensation as $5,095.00.

Prepared by:  Kenneth Steidl, Esq.

**DEFAULT ENTRY**

Dated: June 07, 2024

Gregory L. Taddonio   hct
Chief United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20355-GLT |
| Curtis J. Kalchthaler | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jun 07, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2024:**

**Recip ID         Recipient Name and Address**
db              + Curtis J. Kalchthaler, 3711 Main St., Munhall, PA 15120-3266

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2024            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2024 at the address(es) listed below:**

**Name**            **Email Address**

Denise Carlon
    on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com

Jerome B. Blank
    on behalf of Creditor PINGORA LOAN SERVICING LLC jblank@pincuslaw.com  brausch@pincuslaw.com

Kenneth Steidl
    on behalf of Debtor Curtis J. Kalchthaler julie.steidl@steidl-steinberg.com
    ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Jun 07, 2024 | Form ID: pdf900 | Total Noticed: 1

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor PINGORA LOAN SERVICING LLC pawb@fedphe.com

William E. Craig
    on behalf of Creditor Americredit Financial Services  Inc., d/b/a GM Financial wcraig@egalawfirm.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 9