Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Curtis J. Kalchthaler** | : | Case No. 19−20355−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 99 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 8/19/24 at 11:00 AM |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

    *AND NOW,* this *The 26th of June, 2024*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 99 by the Chapter 13 Trustee,

    It is hereby **ORDERED, ADJUDGED** *and* **DECREED** that:

    (1)  **On or before August 9, 2024**, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

    (2)  This Motion is scheduled for hearing on **August 19, 2024 at 11:00 AM** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

    (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

    (4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is **SUBJECT TO CLOSURE WITHOUT A DISCHARGE*** *without further notice or hearing*.

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 19-20355-GLT
Curtis J. Kalchthaler  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jun 26, 2024 | Form ID: 604 | Total Noticed: 45 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Curtis J. Kalchthaler, 3711 Main St., Munhall, PA 15120-3266 |
| 14985291 | + | Borough of Munhall Garbage, c/o Legal Tax Services Inc., 714 Lebanon Road, West Mifflin, PA 15122-1030 |
| 15000531 | + | MDJ 05-2-15, Thomas R. Torkowsky, 510 East 8th Avenue, Munhall, PA 15120-1904 |
| 15015378 | + | Munhall Borough, c/o Legal Tax Service, 714 Lebanon Road, West Mifflin, PA 15122-1030 |
| 14985298 | | Pingora Loan Servicing LLC, c/o Peter Wapner Esq., Phelan Hallinan Diamond & Jones, 1 Penn Center Suburban Station Ste 1400, Philadelphia, PA 19103 |
| 14985302 | | Synchrony Bank, c/o Portfolio Recovery Associates 120 Co, Suite 100, Norfolk, VA 23502 |
| 14985303 | | Time Payment Corporation, 16 North East Executive Office Park, # 200, Burlington, MA 01803 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 27 2024 00:05:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 27 2024 00:05:00 | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 15005575 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 27 2024 00:05:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14985290 | + | Email/Text: bankruptcy@rentacenter.com | Jun 27 2024 00:08:00 | Acceptance Now, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 15000523 | ^ | MEBN | Jun 26 2024 23:50:14 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15000525 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2024 00:10:50 | Capital One, P.O. Box 85520, Richmond, VA 23285 |
| 14985292 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2024 00:24:40 | Captial One, P.O. Box 85520, Richmond, VA 23285 |
| 15028899 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2024 00:11:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15013330 | | Email/Text: BNCnotices@dcmservices.com | Jun 27 2024 00:05:00 | Centers for Rehab Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14985293 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 27 2024 00:43:47 | Credit One Bank, c/o LVNV Funding, Po Box 98875, Las Vegas, NV 89193-8875 |
| 14985294 | | Email/Text: mrdiscen@discover.com | | |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14989187 | | Email/Text: mrdiscen@discover.com | Jun 27 2024 00:03:00 | Discover Card, Discover Financial Services, Po Box 15316, Wilmington, DE 19850 |
| | | | Jun 27 2024 00:03:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15027760 | + | Email/Text: kburkley@bernsteinlaw.com | Jun 27 2024 00:08:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14985295 | + | Email/Text: bnc-bluestem@quantum3group.com | Jun 27 2024 00:08:00 | Fingerhut, c/o Webbank, 6250 Ridgewood Rd., Saint Cloud, MN 56303-0820 |
| 14985296 | + | Email/Text: cashiering-administrationservices@flagstar.com | Jun 27 2024 00:08:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15000530 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 27 2024 00:05:00 | GM Financial, P.O. Box 78143, Phoenix, AZ 85062-8143 |
| 15003411 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 27 2024 00:07:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14989316 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2024 00:11:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15097425 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 27 2024 01:34:56 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 15000532 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 27 2024 00:07:00 | Midland Funding LLC, 1 International Plaza 5th Floor, Philadelphia, PA 19113-1510 |
| 15004804 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 27 2024 00:07:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15046964 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jun 27 2024 01:34:53 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 15030506 | ^ | MEBN | Jun 26 2024 23:50:23 | PINGORA LOAN SERVICING LLC, FLAGSTAR BANK F.S.B., 5151 CORPORATE DRIVE, SUITE 3-142, TROY MI 48098-2639 |
| 15030336 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2024 00:11:46 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14986417 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2024 00:25:30 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14985297 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 00:10:50 | Paypal/Synchrony Bank, Po Box 965005, Orlando, FL 32896-5005 |
| 15001972 | + | Email/Text: ebnpeoples@grblaw.com | Jun 27 2024 00:04:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14985299 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2024 00:10:56 | Resurgent Capital, LVNV Funding, Po Box 1269, Greenville, SC 29602-1269 |
| 14985300 | + | Email/Text: bknotice@ercbpo.com | Jun 27 2024 00:07:00 | Sprint, c/o Enhanced Recovery Corp., Po Box 57547, Jacksonville, FL 32241-7547 |
| 14985301 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 27 2024 00:07:00 | Synchrony Bank, c/o Midland Funding, 2365 Northside Drive #300, San Diego, CA 92108-2710 |
| 14985304 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jun 27 2024 01:03:45 | U.S Department of Education, c/o Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15013780 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jun 27 2024 01:03:41 | U.S. Department of Housing and Urban Development, 451 7th St. S.W., Washington, DC 20410-0002 |
| 15017819 | | Email/Text: BNCnotices@dcmservices.com | Jun 27 2024 00:05:00 | UPMC Health Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 14985305 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jun 27 2024 00:08:00 | UPMC Tuition Benefit, C/O Credit Management |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 26, 2024 | Form ID: 604 | Total Noticed: 45 |

| Recip ID | | | | |
|---|---|---|---|---|
| | | | | Co, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14985306 | + | Email/Text: webadmin@vhllc.co | Jun 27 2024 00:08:00 | Vance & Huffman LLC, 55 Monette Parkway, Suite 100, Smithfield, VA 23430-2577 |
| 15023814 | | Email/PDF: ebn_ais@aisinfo.com | Jun 27 2024 00:11:22 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15007266 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 27 2024 00:10:52 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |
| 14985307 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 27 2024 00:11:22 | Wells Fargo Dealer Services, Po Box 1697, Winterville, NC 28590-1697 |

TOTAL: 38

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MidFirst Bank |
| cr | | PINGORA LOAN SERVICING LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15000522 | *+ | Acceptance Now, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 15000524 | *+ | Borough of Munhall Garbage, c/o Legal Tax Services Inc., 714 Lebanon Road, West Mifflin, PA 15122-1030 |
| 15000526 | *+ | Credit One Bank, c/o LVNV Funding, Po Box 98875, Las Vegas, NV 89193-8875 |
| 15000527 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Card, Discover Financial Services, Po Box 15316, Wilmington, DE 19850 |
| 15000528 | *+ | Fingerhut, c/o Webbank, 6250 Ridgewood Rd., Saint Cloud, MN 56303-0820 |
| 15000529 | *+ | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15000534 | *+ | Paypal/Synchrony Bank, Po Box 965005, Orlando, FL 32896-5005 |
| 15000535 | * | Pingora Loan Servicing LLC, c/o Peter Wapner Esq., Phelan Hallinan Diamond & Jones, 1 Penn Center Suburban Station Ste 1400, Philadelphia, PA 19103 |
| 15000536 | *+ | Resurgent Capital, LVNV Funding, Po Box 1269, Greenville, SC 29602-1269 |
| 15000537 | *+ | Sprint, c/o Enhanced Recovery Corp., Po Box 57547, Jacksonville, FL 32241-7547 |
| 15000539 | * | Synchrony Bank, c/o Portfolio Recovery Associates 120 Co, Suite 100, Norfolk, VA 23502 |
| 15000538 | *+ | Synchrony Bank, c/o Midland Funding, 2365 Northside Drive #300, San Diego, CA 92108-2710 |
| 15000540 | * | Time Payment Corporation, 16 North East Executive Office Park, # 200, Burlington, MA 01803 |
| 15000541 | *+ | U.S Department of Education, c/o Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15000542 | *+ | UPMC Tuition Benefit, C/O Credit Management Co, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15000543 | *+ | Vance & Huffman LLC, 55 Monette Parkway, Suite 100, Smithfield, VA 23430-2577 |
| 15000544 | *+ | Wells Fargo Dealer Services, Po Box 1697, Winterville, NC 28590-1697 |
| 15000533 | ##+ | Patenaude & Felix, A.P.C., 501 Corporate Drive, Southpointe - Suite 205, Canonsburg, PA 15317-8584 |

TOTAL: 2 Undeliverable, 20 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor PINGORA LOAN SERVICING LLC jblank@pincuslaw.com  brausch@pincuslaw.com |
| Kenneth Steidl | on behalf of Debtor Curtis J. Kalchthaler julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor PINGORA LOAN SERVICING LLC pawb@fedphe.com |
| William E. Craig | on behalf of Creditor Americredit Financial Services  Inc., d/b/a GM Financial wcraig@egalawfirm.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 9