**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

CURTIS J. KALCHTHALER

    Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
    Movant
    vs.
No Respondents.

Case No.:19-20355

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

June 25, 2024

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 01/29/2019 and confirmed on 3/29/19 . The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 116,057.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 116,057.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 5,643.02 | |
|   Trustee Fee | 5,646.59 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,289.61 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   MIDFIRST BANK | 0.00 | 50,645.83 | 0.00 | 50,645.83 |
|     Acct: 3619 | | | | |
|   MIDFIRST BANK | 14,032.30 | 14,032.30 | 0.00 | 14,032.30 |
|     Acct: 3619 | | | | |
|   MUNHALL BOROUGH (TRASH/SOLID WAS | 596.16 | 596.16 | 131.92 | 728.08 |
|     Acct: 0851 | | | | |
|   MUNHALL BOROUGH (TRASH/SOLID WAS | 172.28 | 172.28 | 0.00 | 172.28 |
|     Acct: 0851 | | | | |
|   AMERICREDIT FINANCIAL SVCS INC DBA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3242 | | | | |
|   US DEPARTMENT OF HUD**++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1366 | | | | |
| | | | | 65,578.49 |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CURTIS J. KALCHTHALER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 900.00 | 900.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 2,243.02 | 2,243.02 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXX7/24 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   NAVIENT SOLUTIONS LLC O/B/O AIDVANT | 0.00 | 17,100.00 | 0.00 | 17,100.00 |
|     Acct: 4259 | | | | |
|   ACCEPTANCE NOW | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9592 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 1,143.93 | 913.33 | 0.00 | 913.33 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 1861 | | | | |
| LVNV FUNDING LLC | 1,419.48 | 1,133.33 | 0.00 | 1,133.33 |
| Acct: 8400 | | | | |
| DISCOVER BANK(*) | 1,579.08 | 1,260.75 | 0.00 | 1,260.75 |
| Acct: 7775 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 273.46 | 218.33 | 0.00 | 218.33 |
| Acct: 2935 | | | | |
| MIDLAND FUNDING LLC | 953.41 | 761.21 | 0.00 | 761.21 |
| Acct: 2216 | | | | |
| SPRINT CORP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TIME PAYMENT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDIT MANAGEMENT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WELLS FARGO BANK NA D/B/A WELLS FA | 6,870.93 | 5,485.82 | 0.00 | 5,485.82 |
| Acct: 7780 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 506.25 | 404.20 | 0.00 | 404.20 |
| Acct: 4382 | | | | |
| CENTERS FOR REHAB SERVICES | 150.00 | 119.76 | 0.00 | 119.76 |
| Acct: 4259 | | | | |
| UPMC HEALTH SERVICES | 1,231.06 | 982.89 | 0.00 | 982.89 |
| Acct: 4259 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 334.16 | 266.80 | 0.00 | 266.80 |
| Acct: 0001 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 551.04 | 439.96 | 0.00 | 439.96 |
| Acct: 0001 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 1,139.34 | 909.66 | 0.00 | 909.66 |
| Acct: 5612 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 870.98 | 695.40 | 0.00 | 695.40 |
| Acct: 7644 | | | | |
| AMERICREDIT FINANCIAL SVCS INC DBA | 10,642.98 | 8,497.46 | 0.00 | 8,497.46 |
| Acct: 3242 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2216 | | | | |
| KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FLAGSTAR BANK FSB | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDITOR INFORMATION MISSING OR VA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMERICREDIT FINANCIAL SVCS DBA GM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILLIAM E CRAIG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DISTRICT COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| VANCE AND HUFFMAN LLC | 0.00 | 0.00 | 0.00 | 0.00 |

19-20355 Page 3 of 3

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: | | | | 39,188.90 |
| | | | | | |
| **TOTAL PAID TO CREDITORS** | | | | | 104,767.39 |
| TOTAL CLAIMED | | | | | |
| PRIORITY | 0.00 | | | | |
| SECURED | 14,800.74 | | | | |
| UNSECURED | 27,666.10 | | | | |

Date: 06/25/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
CURTIS J. KALCHTHALER

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:19-20355

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:            Case No. 19-20355-GLT

Curtis J. Kalchthaler            Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jun 26, 2024 | Form ID: pdf900 | Total Noticed: 45 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Curtis J. Kalchthaler, 3711 Main St., Munhall, PA 15120-3266 |
| 14985291 | + | Borough of Munhall Garbage, c/o Legal Tax Services Inc., 714 Lebanon Road, West Mifflin, PA 15122-1030 |
| 15000531 | + | MDJ 05-2-15, Thomas R. Torkowsky, 510 East 8th Avenue, Munhall, PA 15120-1904 |
| 15015378 | + | Munhall Borough, c/o Legal Tax Service, 714 Lebanon Road, West Mifflin, PA 15122-1030 |
| 14985298 | | Pingora Loan Servicing LLC, c/o Peter Wapner Esq., Phelan Hallinan Diamond & Jones, 1 Penn Center Suburban Station Ste 1400, Philadelphia, PA 19103 |
| 14985302 | | Synchrony Bank, c/o Portfolio Recovery Associates 120 Co, Suite 100, Norfolk, VA 23502 |
| 14985303 | | Time Payment Corporation, 16 North East Executive Office Park, # 200, Burlington, MA 01803 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 27 2024 00:05:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 27 2024 00:05:00 | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 15005575 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 27 2024 00:05:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14985290 | + | Email/Text: bankruptcy@rentacenter.com | Jun 27 2024 00:08:00 | Acceptance Now, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 15000523 | ^ | MEBN | Jun 26 2024 23:50:13 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15000525 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2024 00:25:30 | Capital One, P.O. Box 85520, Richmond, VA 23285 |
| 14985292 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2024 00:23:35 | Captial One, P.O. Box 85520, Richmond, VA 23285 |
| 15028899 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2024 01:35:02 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15013330 | | Email/Text: BNCnotices@dcmservices.com | Jun 27 2024 00:05:00 | Centers for Rehab Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14985293 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 27 2024 00:25:06 | Credit One Bank, c/o LVNV Funding, Po Box 98875, Las Vegas, NV 89193-8875 |
| 14985294 | | Email/Text: mrdiscen@discover.com | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14989187 | | Email/Text: mrdiscen@discover.com | Jun 27 2024 00:03:00 | Discover Card, Discover Financial Services, Po Box 15316, Wilmington, DE 19850 |
| | | | Jun 27 2024 00:03:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15027760 | + | Email/Text: kburkley@bernsteinlaw.com | Jun 27 2024 00:08:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14985295 | + | Email/Text: bnc-bluestem@quantum3group.com | Jun 27 2024 00:08:00 | Fingerhut, c/o Webbank, 6250 Ridgewood Rd., Saint Cloud, MN 56303-0820 |
| 14985296 | + | Email/Text: cashiering-administrationservices@flagstar.com | Jun 27 2024 00:08:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15000530 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 27 2024 00:05:00 | GM Financial, P.O. Box 78143, Phoenix, AZ 85062-8143 |
| 15003411 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 27 2024 00:07:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14989316 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2024 00:12:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15097425 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 27 2024 00:23:44 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 15000532 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 27 2024 00:07:00 | Midland Funding LLC, 1 International Plaza 5th Floor, Philadelphia, PA 19113-1510 |
| 15004804 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 27 2024 00:07:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15046964 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jun 27 2024 00:10:52 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 15030506 | ^ | MEBN | Jun 26 2024 23:50:24 | PINGORA LOAN SERVICING LLC, FLAGSTAR BANK F.S.B., 5151 CORPORATE DRIVE, SUITE 3-142, TROY MI 48098-2639 |
| 15030336 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2024 01:14:19 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14986417 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2024 00:10:53 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14985297 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 01:34:58 | Paypal/Synchrony Bank, Po Box 965005, Orlando, FL 32896-5005 |
| 15001972 | + | Email/Text: ebnpeoples@grblaw.com | Jun 27 2024 00:04:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14985299 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2024 01:34:54 | Resurgent Capital, LVNV Funding, Po Box 1269, Greenville, SC 29602-1269 |
| 14985300 | + | Email/Text: bknotice@ercbpo.com | Jun 27 2024 00:07:00 | Sprint, c/o Enhanced Recovery Corp., Po Box 57547, Jacksonville, FL 32241-7547 |
| 14985301 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 27 2024 00:07:00 | Synchrony Bank, c/o Midland Funding, 2365 Northside Drive #300, San Diego, CA 92108-2710 |
| 14985304 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jun 27 2024 01:34:59 | U.S Department of Education, c/o Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15013780 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jun 27 2024 01:03:41 | U.S. Department of Housing and Urban Development, 451 7th St. S.W., Washington, DC 20410-0002 |
| 15017819 | | Email/Text: BNCnotices@dcmservices.com | Jun 27 2024 00:05:00 | UPMC Health Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 14985305 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jun 27 2024 00:08:00 | UPMC Tuition Benefit, C/O Credit Management |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Co, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14985306 | + | Email/Text: webadmin@vhllc.co | Jun 27 2024 00:08:00 | Vance & Huffman LLC, 55 Monette Parkway, Suite 100, Smithfield, VA 23430-2577 |
| 15023814 | | Email/PDF: ebn_ais@aisinfo.com | Jun 27 2024 00:11:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15007266 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 27 2024 01:34:54 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |
| 14985307 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 27 2024 00:11:43 | Wells Fargo Dealer Services, Po Box 1697, Winterville, NC 28590-1697 |

TOTAL: 38

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MidFirst Bank |
| cr | | PINGORA LOAN SERVICING LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15000522 | *+ | Acceptance Now, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 15000524 | *+ | Borough of Munhall Garbage, c/o Legal Tax Services Inc., 714 Lebanon Road, West Mifflin, PA 15122-1030 |
| 15000526 | *+ | Credit One Bank, c/o LVNV Funding, Po Box 98875, Las Vegas, NV 89193-8875 |
| 15000527 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Card, Discover Financial Services, Po Box 15316, Wilmington, DE 19850 |
| 15000528 | *+ | Fingerhut, c/o Webbank, 6250 Ridgewood Rd., Saint Cloud, MN 56303-0820 |
| 15000529 | *+ | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15000534 | *+ | Paypal/Synchrony Bank, Po Box 965005, Orlando, FL 32896-5005 |
| 15000535 | * | Pingora Loan Servicing LLC, c/o Peter Wapner Esq., Phelan Hallinan Diamond & Jones, 1 Penn Center Suburban Station Ste 1400, Philadelphia, PA 19103 |
| 15000536 | *+ | Resurgent Capital, LVNV Funding, Po Box 1269, Greenville, SC 29602-1269 |
| 15000537 | *+ | Sprint, c/o Enhanced Recovery Corp., Po Box 57547, Jacksonville, FL 32241-7547 |
| 15000539 | * | Synchrony Bank, c/o Portfolio Recovery Associates 120 Co, Suite 100, Norfolk, VA 23502 |
| 15000538 | *+ | Synchrony Bank, c/o Midland Funding, 2365 Northside Drive #300, San Diego, CA 92108-2710 |
| 15000540 | * | Time Payment Corporation, 16 North East Executive Office Park, # 200, Burlington, MA 01803 |
| 15000541 | *+ | U.S Department of Education, c/o Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15000542 | *+ | UPMC Tuition Benefit, C/O Credit Management Co, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15000543 | *+ | Vance & Huffman LLC, 55 Monette Parkway, Suite 100, Smithfield, VA 23430-2577 |
| 15000544 | *+ | Wells Fargo Dealer Services, Po Box 1697, Winterville, NC 28590-1697 |
| 15000533 | ##+ | Patenaude & Felix, A.P.C., 501 Corporate Drive, Southpointe - Suite 205, Canonsburg, PA 15317-8584 |

TOTAL: 2 Undeliverable, 20 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2024        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor PINGORA LOAN SERVICING LLC jblank@pincuslaw.com brausch@pincuslaw.com |
| Kenneth Steidl | on behalf of Debtor Curtis J. Kalchthaler julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor PINGORA LOAN SERVICING LLC pawb@fedphe.com |
| William E. Craig | on behalf of Creditor Americredit Financial Services Inc., d/b/a GM Financial wcraig@egalawfirm.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 9