| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Curtis J. Kalchthaler <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4259 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ <br> EIN   __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 19–20355–GLT | |

# Order of Discharge                                                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Curtis J. Kalchthaler

<u>8/12/24</u>                                         **By the court:** <u>Gregory L Taddonio</u>
                                                                                                       United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

                                         **For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20355-GLT |
| Curtis J. Kalchthaler | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Aug 12, 2024 | Form ID: 3180W | Total Noticed: 48 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Curtis J. Kalchthaler, 3711 Main St., Munhall, PA 15120-3266 |
| 14985291 | + | Borough of Munhall Garbage, c/o Legal Tax Services Inc., 714 Lebanon Road, West Mifflin, PA 15122-1030 |
| 15000531 | + | MDJ 05-2-15, Thomas R. Torkowsky, 510 East 8th Avenue, Munhall, PA 15120-1904 |
| 15015378 | + | Munhall Borough, c/o Legal Tax Service, 714 Lebanon Road, West Mifflin, PA 15122-1030 |
| 14985298 | | Pingora Loan Servicing LLC, c/o Peter Wapner Esq., Phelan Hallinan Diamond & Jones, 1 Penn Center Suburban Station Ste 1400, Philadelphia, PA 19103 |
| 14985302 | | Synchrony Bank, c/o Portfolio Recovery Associates 120 Co, Suite 100, Norfolk, VA 23502 |
| 14985303 | | Time Payment Corporation, 16 North East Executive Office Park, # 200, Burlington, MA 01803 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Aug 13 2024 03:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 12 2024 23:59:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Aug 13 2024 03:45:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 12 2024 23:59:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PHINAMERI.COM | Aug 13 2024 03:45:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | + | EDI: PHINAMERI.COM | Aug 13 2024 03:45:00 | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | + | EDI: WFFC2 | Aug 13 2024 03:45:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |
| 15005575 | | EDI: PHINAMERI.COM | Aug 13 2024 03:45:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14985290 | + | Email/Text: bankruptcy@rentacenter.com | Aug 12 2024 23:59:00 | Acceptance Now, 5501 Headquarters Drive, Plano, |

Case 19-20355-GLT    Doc 108    Filed 08/14/24    Entered 08/15/24 00:29:09    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 12, 2024 | Form ID: 3180W | Total Noticed: 48 |

| | | | | |
|---|---|---|---|---|
| | | | | TX 75024-5837 |
| 15000523 | ^ | MEBN | Aug 12 2024 23:48:17 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15000525 | | EDI: CAPITALONE.COM | Aug 13 2024 03:45:00 | Capital One, P.O. Box 85520, Richmond, VA 23285 |
| 14985292 | | EDI: CAPITALONE.COM | Aug 13 2024 03:45:00 | Captial One, P.O. Box 85520, Richmond, VA 23285 |
| 15028899 | | EDI: CAPITALONE.COM | Aug 13 2024 03:45:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15013330 | | Email/Text: BNCnotices@dcmservices.com | Aug 12 2024 23:58:00 | Centers for Rehab Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14985293 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 13 2024 00:19:50 | Credit One Bank, c/o LVNV Funding, Po Box 98875, Las Vegas, NV 89193-8875 |
| 14985294 | | EDI: DISCOVER | Aug 13 2024 03:45:00 | Discover Card, Discover Financial Services, Po Box 15316, Wilmington, DE 19850 |
| 14989187 | | EDI: DISCOVER | Aug 13 2024 03:45:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15027760 | + | Email/Text: kburkley@bernsteinlaw.com | Aug 12 2024 23:59:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14985295 | + | EDI: BLUESTEM | Aug 13 2024 03:45:00 | Fingerhut, c/o Webbank, 6250 Ridgewood Rd., Saint Cloud, MN 56303-0820 |
| 14985296 | + | Email/Text: cashiering-administrationservices@flagstar.com | Aug 12 2024 23:59:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15000530 | | EDI: PHINAMERI.COM | Aug 13 2024 03:45:00 | GM Financial, P.O. Box 78143, Phoenix, AZ 85062-8143 |
| 15003411 | | EDI: JEFFERSONCAP.COM | Aug 13 2024 03:45:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14989316 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 13 2024 00:17:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15097425 | + | EDI: AISMIDFIRST | Aug 13 2024 03:45:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 15000532 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 12 2024 23:59:00 | Midland Funding LLC, 1 International Plaza 5th Floor, Philadelphia, PA 19113-1510 |
| 15004804 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 12 2024 23:59:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15046964 | | EDI: MAXMSAIDV | Aug 13 2024 03:45:00 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 15030506 | ^ | MEBN | Aug 12 2024 23:48:22 | PINGORA LOAN SERVICING LLC, FLAGSTAR BANK F.S.B., 5151 CORPORATE DRIVE, SUITE 3-142, TROY MI 48098-2639 |
| 15030336 | | EDI: PRA.COM | Aug 13 2024 03:45:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14986417 | + | EDI: PRA.COM | Aug 13 2024 03:45:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14985297 | + | EDI: SYNC | Aug 13 2024 03:45:00 | Paypal/Synchrony Bank, Po Box 965005, Orlando, FL 32896-5005 |
| 15001972 | + | Email/Text: ebnpeoples@grblaw.com | Aug 12 2024 23:58:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 12, 2024 | Form ID: 3180W | Total Noticed: 48 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14985299 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 13 2024 00:18:37 | Resurgent Capital, LVNV Funding, Po Box 1269, Greenville, SC 29602-1269 |
| 14985300 | + | Email/Text: bknotice@ercbpo.com | Aug 12 2024 23:59:00 | Sprint, c/o Enhanced Recovery Corp., Po Box 57547, Jacksonville, FL 32241-7547 |
| 14985301 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 12 2024 23:59:00 | Synchrony Bank, c/o Midland Funding, 2365 Northside Drive #300, San Diego, CA 92108-2710 |
| 14985304 | + | EDI: MAXMSAIDV | Aug 13 2024 03:45:00 | U.S Department of Education, c/o Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15013780 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Aug 13 2024 00:06:42 | U.S. Department of Housing and Urban Development, 451 7th St. S.W., Washington, DC 20410-0002 |
| 15017819 | | Email/Text: BNCnotices@dcmservices.com | Aug 12 2024 23:58:00 | UPMC Health Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 14985305 | + | Email/Text: bdsupport@creditmanagementcompany.com | Aug 12 2024 23:59:00 | UPMC Tuition Benefit, C/O Credit Management Co, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14985306 | + | Email/Text: webadmin@vhllc.co | Aug 12 2024 23:59:00 | Vance & Huffman LLC, 55 Monette Parkway, Suite 100, Smithfield, VA 23430-2577 |
| 15023814 | | EDI: AIS.COM | Aug 13 2024 03:45:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15007266 | + | EDI: WFFC2 | Aug 13 2024 03:45:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |
| 14985307 | + | EDI: WFFC2 | Aug 13 2024 03:45:00 | Wells Fargo Dealer Services, Po Box 1697, Winterville, NC 28590-1697 |

TOTAL: 43

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MidFirst Bank |
| cr | | PINGORA LOAN SERVICING LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15000522 | *+ | Acceptance Now, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 15000524 | *+ | Borough of Munhall Garbage, c/o Legal Tax Services Inc., 714 Lebanon Road, West Mifflin, PA 15122-1030 |
| 15000526 | *+ | Credit One Bank, c/o LVNV Funding, Po Box 98875, Las Vegas, NV 89193-8875 |
| 15000527 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Card, Discover Financial Services, Po Box 15316, Wilmington, DE 19850 |
| 15000528 | *+ | Fingerhut, c/o Webbank, 6250 Ridgewood Rd., Saint Cloud, MN 56303-0820 |
| 15000529 | *+ | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15000534 | *+ | Paypal/Synchrony Bank, Po Box 965005, Orlando, FL 32896-5005 |
| 15000535 | * | Pingora Loan Servicing LLC, c/o Peter Wapner Esq., Phelan Hallinan Diamond & Jones, 1 Penn Center Suburban Station Ste 1400, Philadelphia, PA 19103 |
| 15000536 | *+ | Resurgent Capital, LVNV Funding, Po Box 1269, Greenville, SC 29602-1269 |
| 15000537 | *+ | Sprint, c/o Enhanced Recovery Corp., Po Box 57547, Jacksonville, FL 32241-7547 |
| 15000539 | * | Synchrony Bank, c/o Portfolio Recovery Associates 120 Co, Suite 100, Norfolk, VA 23502 |
| 15000538 | *+ | Synchrony Bank, c/o Midland Funding, 2365 Northside Drive #300, San Diego, CA 92108-2710 |
| 15000540 | * | Time Payment Corporation, 16 North East Executive Office Park, # 200, Burlington, MA 01803 |
| 15000541 | *+ | U.S Department of Education, c/o Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15000542 | *+ | UPMC Tuition Benefit, C/O Credit Management Co, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15000543 | *+ | Vance & Huffman LLC, 55 Monette Parkway, Suite 100, Smithfield, VA 23430-2577 |
| 15000544 | *+ | Wells Fargo Dealer Services, Po Box 1697, Winterville, NC 28590-1697 |
| 15000533 | ##+ | Patenaude & Felix, A.P.C., 501 Corporate Drive, Southpointe - Suite 205, Canonsburg, PA 15317-8584 |

TOTAL: 2 Undeliverable, 20 Duplicate, 1 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Aug 12, 2024 | Form ID: 3180W | Total Noticed: 48 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2024          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor MidFirst Bank blemon@kmllawgroup.com  lemondropper75@hotmail.com |
| Denise Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor PINGORA LOAN SERVICING LLC jblank@pincuslaw.com  brausch@pincuslaw.com |
| Kenneth Steidl | on behalf of Debtor Curtis J. Kalchthaler julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor PINGORA LOAN SERVICING LLC pawb@fedphe.com |
| William E. Craig | on behalf of Creditor Americredit Financial Services  Inc., d/b/a GM Financial wcraig@egalawfirm.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 10