IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
8/12/24 3:55 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:

CURTIS J. KALCHTHALER

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:19-20355

Chapter 13

Related to Dkt. No. 99

ORDER OF COURT

AND NOW, this 12th day of August 2024, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

# ENTERED BY DEFAULT

BY THE COURT:

_____ jah
GREGORY L. ADDONIO
CHIEF UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20355-GLT |
| Curtis J. Kalchthaler | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Aug 12, 2024 | Form ID: pdf900 | Total Noticed: 46 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Curtis J. Kalchthaler, 3711 Main St., Munhall, PA 15120-3266 |
| 14985291 | + | Borough of Munhall Garbage, c/o Legal Tax Services Inc., 714 Lebanon Road, West Mifflin, PA 15122-1030 |
| 15000531 | + | MDJ 05-2-15, Thomas R. Torkowsky, 510 East 8th Avenue, Munhall, PA 15120-1904 |
| 15015378 | + | Munhall Borough, c/o Legal Tax Service, 714 Lebanon Road, West Mifflin, PA 15122-1030 |
| 14985298 | | Pingora Loan Servicing LLC, c/o Peter Wapner Esq., Phelan Hallinan Diamond & Jones, 1 Penn Center Suburban Station Ste 1400, Philadelphia, PA 19103 |
| 14985302 | | Synchrony Bank, c/o Portfolio Recovery Associates 120 Co, Suite 100, Norfolk, VA 23502 |
| 14985303 | | Time Payment Corporation, 16 North East Executive Office Park, # 200, Burlington, MA 01803 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 12 2024 23:58:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 12 2024 23:58:00 | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 13 2024 00:17:50 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |
| 15005575 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 12 2024 23:58:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14985290 | + | Email/Text: bankruptcy@rentacenter.com | Aug 12 2024 23:59:00 | Acceptance Now, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 15000523 | ^ | MEBN | Aug 12 2024 23:48:17 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15000525 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 13 2024 00:19:35 | Capital One, P.O. Box 85520, Richmond, VA 23285 |
| 14985292 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 13 2024 00:17:29 | Captial One, P.O. Box 85520, Richmond, VA 23285 |
| 15028899 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 13 2024 00:20:03 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15013330 | | Email/Text: BNCnotices@dcmservices.com | Aug 12 2024 23:58:00 | Centers for Rehab Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14985293 | + | Email/PDF: creditonebknotifications@resurgent.com | | |

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 12, 2024 | Form ID: pdf900 | Total Noticed: 46 |

| | | | | |
|---|---|---|---|---|
| | | | Aug 13 2024 00:19:40 | Credit One Bank, c/o LVNV Funding, Po Box 98875, Las Vegas, NV 89193-8875 |
| 14985294 | | Email/Text: mrdiscen@discover.com | Aug 12 2024 23:58:00 | Discover Card, Discover Financial Services, Po Box 15316, Wilmington, DE 19850 |
| 14989187 | | Email/Text: mrdiscen@discover.com | Aug 12 2024 23:58:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15027760 | + | Email/Text: kburkley@bernsteinlaw.com | Aug 12 2024 23:59:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14985295 | + | Email/Text: bnc-bluestem@quantum3group.com | Aug 12 2024 23:59:00 | Fingerhut, c/o Webbank, 6250 Ridgewood Rd., Saint Cloud, MN 56303-0820 |
| 14985296 | + | Email/Text: cashiering-administrationservices@flagstar.com | Aug 12 2024 23:59:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15000530 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 12 2024 23:58:00 | GM Financial, P.O. Box 78143, Phoenix, AZ 85062-8143 |
| 15003411 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 12 2024 23:59:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14989316 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 13 2024 00:05:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15097425 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 13 2024 00:06:42 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 15000532 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 12 2024 23:59:00 | Midland Funding LLC, 1 International Plaza 5th Floor, Philadelphia, PA 19113-1510 |
| 15004804 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 12 2024 23:59:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15046964 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Aug 13 2024 00:18:44 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 15030506 | ^ | MEBN | Aug 12 2024 23:48:25 | PINGORA LOAN SERVICING LLC, FLAGSTAR BANK F.S.B., 5151 CORPORATE DRIVE, SUITE 3-142, TROY MI 48098-2639 |
| 15030336 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 13 2024 00:20:56 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14986417 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 13 2024 00:20:59 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14985297 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 13 2024 00:06:41 | Paypal/Synchrony Bank, Po Box 965005, Orlando, FL 32896-5005 |
| 15001972 | + | Email/Text: ebnpeoples@grblaw.com | Aug 12 2024 23:58:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14985299 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 13 2024 00:18:38 | Resurgent Capital, LVNV Funding, Po Box 1269, Greenville, SC 29602-1269 |
| 14985300 | + | Email/Text: bknotice@ercbpo.com | Aug 12 2024 23:59:00 | Sprint, c/o Enhanced Recovery Corp., Po Box 57547, Jacksonville, FL 32241-7547 |
| 14985301 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 12 2024 23:59:00 | Synchrony Bank, c/o Midland Funding, 2365 Northside Drive #300, San Diego, CA 92108-2710 |
| 14985304 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Aug 13 2024 00:21:09 | U.S Department of Education, c/o Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15013780 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Aug 13 2024 00:06:42 | U.S. Department of Housing and Urban Development, 451 7th St. S.W., Washington, DC 20410-0002 |
| 15017819 | | Email/Text: BNCnotices@dcmservices.com | Aug 12 2024 23:58:00 | UPMC Health Services, PO Box 1123, |

Case 19-20355-GLT   Doc 109   Filed 08/14/24   Entered 08/15/24 00:29:09   Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 12, 2024 | Form ID: pdf900 | Total Noticed: 46 |

| Recip ID | | | | |
|---|---|---|---|---|
| 14985305 | + Email/Text: bdsupport@creditmanagementcompany.com | | Aug 12 2024 23:59:00 | Minneapolis MN 55440-1123<br>UPMC Tuition Benefit, C/O Credit Management Co, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14985306 | + Email/Text: webadmin@vhllc.co | | Aug 12 2024 23:59:00 | Vance & Huffman LLC, 55 Monette Parkway, Suite 100, Smithfield, VA 23430-2577 |
| 15023814 | Email/PDF: ebn_ais@aisinfo.com | | Aug 13 2024 00:06:50 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15007266 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | Aug 13 2024 00:21:11 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |
| 14985307 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | Aug 13 2024 00:05:52 | Wells Fargo Dealer Services, Po Box 1697, Winterville, NC 28590-1697 |

TOTAL: 39

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MidFirst Bank |
| cr | | PINGORA LOAN SERVICING LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15000522 | *+ | Acceptance Now, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 15000524 | *+ | Borough of Munhall Garbage, c/o Legal Tax Services Inc., 714 Lebanon Road, West Mifflin, PA 15122-1030 |
| 15000526 | *+ | Credit One Bank, c/o LVNV Funding, Po Box 98875, Las Vegas, NV 89193-8875 |
| 15000527 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Card, Discover Financial Services, Po Box 15316, Wilmington, DE 19850 |
| 15000528 | *+ | Fingerhut, c/o Webbank, 6250 Ridgewood Rd., Saint Cloud, MN 56303-0820 |
| 15000529 | *+ | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15000534 | *+ | Paypal/Synchrony Bank, Po Box 965005, Orlando, FL 32896-5005 |
| 15000535 | * | Pingora Loan Servicing LLC, c/o Peter Wapner Esq., Phelan Hallinan Diamond & Jones, 1 Penn Center Suburban Station Ste 1400, Philadelphia, PA 19103 |
| 15000536 | *+ | Resurgent Capital, LVNV Funding, Po Box 1269, Greenville, SC 29602-1269 |
| 15000537 | *+ | Sprint, c/o Enhanced Recovery Corp., Po Box 57547, Jacksonville, FL 32241-7547 |
| 15000539 | * | Synchrony Bank, c/o Portfolio Recovery Associates 120 Co, Suite 100, Norfolk, VA 23502 |
| 15000538 | *+ | Synchrony Bank, c/o Midland Funding, 2365 Northside Drive #300, San Diego, CA 92108-2710 |
| 15000540 | * | Time Payment Corporation, 16 North East Executive Office Park, # 200, Burlington, MA 01803 |
| 15000541 | *+ | U.S Department of Education, c/o Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15000542 | *+ | UPMC Tuition Benefit, C/O Credit Management Co, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15000543 | *+ | Vance & Huffman LLC, 55 Monette Parkway, Suite 100, Smithfield, VA 23430-2577 |
| 15000544 | *+ | Wells Fargo Dealer Services, Po Box 1697, Winterville, NC 28590-1697 |
| 15000533 | ##+ | Patenaude & Felix, A.P.C., 501 Corporate Drive, Southpointe - Suite 205, Canonsburg, PA 15317-8584 |

TOTAL: 2 Undeliverable, 20 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor MidFirst Bank blemon@kmllawgroup.com lemondropper75@hotmail.com |
| Denise Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor PINGORA LOAN SERVICING LLC jblank@pincuslaw.com brausch@pincuslaw.com |
| Kenneth Steidl | on behalf of Debtor Curtis J. Kalchthaler julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor PINGORA LOAN SERVICING LLC pawb@fedphe.com |
| William E. Craig | on behalf of Creditor Americredit Financial Services Inc., d/b/a GM Financial wcraig@egalawfirm.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 10